12829

MULLALLY v. GARNER REALTY CO. *ET AL.*

(151 S. E., 571)

*Messrs. Huger, Wilbur, Miller & Mouzon,* for appellants,

*Messrs. Julian Mitchell* and *Ernest L. Visanska,* for respondent,

February 7, 1930.

The opinion of the Court was delivered by MR. CHIEF JUSTICE WATTS.

Judge Dennis' order is satisfactory to the Court. Let it be reported, and judgment affirmed.

MESSRS. JUSTICES COTHRAN, BLEASE, STABLER and CARTER concur.